[No. 5013–1. Division One. February 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME L. LEE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77285, Frank J. Eberharter, J., entered August 27, 1976. *Dismissed* by unpublished per curiam opinion.

[No. 5124–1. Division One. February 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODIS BOYD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76629, Edward E. Henry, J., entered September 20, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5243–1. Division One. February 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS MULVIHILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76947, Janice Niemi, J., entered December 14, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 3219–2. Division Two. February 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES E. TOLLIVER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25028, Willard J. Roe, J., entered March 22, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.